UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| ERIBERTO G.G., | 5:26-CV-05024-RAL |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; TODD LYONS, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND SAMUEL J. OLSON, FIELD OFFICE DIRECTOR; | |
| Defendants. | |

Based on the Order Dismissing Petition and the reasons contained therein, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed without prejudice under Rules 54 and 58 of the Rules of Civil Procedure with judgment against Plaintiff and for the Defendants hereby entering.

DATED this 25th day of March, 2026.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE